OPINION — AG — ** COUNTY CLERK — FILING OF INSTRUMENTS ** COUNTY CLERKS ARE WITHOUT AUTHORITY TO CHARGE A FILING OR RECORDING FEE OF FIVE DOLLARS ($5.00), PER TRACT OF REAL PROPERTY WHEN SUCH TRACTS ARE INCLUDED IN A SINGLE MULTI TRACT INSTRUMENT. COUNTY CLERKS ARE ONLY AUTHORIZED TO CHARGE THE " PER PAGE " FILING FEE SPECIFICALLY SET OUT IN 28 O.S. 32 [28-32] (FILING FEES, PROPERTY, DEEDS, INDEX) CITE: 28 O.S. 32 [28-32] (GUY L. HURST)